**FISHER & PHILLIPS LLP**
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS, LOCAL 631, AFFILIATED WITH INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>Plaintiff,<br><br>vs.<br><br>REPUBLIC SERVICES, INC.,<br><br>Defendant. | Case No. 2:09-cv-01516-LRH-PAL<br><br>**STIPULATION, REQUEST AND ORDER FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

COME NOW Plaintiff Teamsters, Chauffeurs, Warehousemen and Helpers, Local 631, Affiliated With International Brotherhood of Teamsters ("Plaintiff"), and Defendant Republic Silver State Disposal, Inc.[1] ("Defendant"), by and through their respective counsel, and stipulate and request that the Court grant a thirty (30)-day extension, up to and including November 27, 2009, in which Defendant may respond to Plaintiff's Complaint. Said response is currently due on October 28, 2009.

/ / /

/ / /

---

[1] Incorrectly named in Plaintiff's Complaint as Republic Services, Inc.

LasVegas 82012.1

- 1 -

This request is being made in accordance with LR 6-1, LR 6-2, and LR 7-1 of the Local Rules of this Court.

This is the first request by the parties for this Court to extend the deadline for responding to Plaintiff's Complaint.

DATED this 28th day of October 2009          DATED this 28th day of October 2009.

LAW OFFICES OF STEIN & ROJAS          FISHER & PHILLIPS LLP

/s/Stephen Stein          /s/Mark J. Ricciardi
Stephen Stein, Esq.          Mark J. Ricciardi, Esq.
520 South Fourth Street          3800 Howard Hughes Parkway
Las Vegas, NV  89101          Suite 950
Attorney for Plaintiff          Las Vegas, Nevada 89169
                              Attorneys for Defendant

**ORDER**

DATED: October 30, 2009.          IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

LasVegas 82012.1

- 2 -