# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TEAMSTERS LOCAL 631, | ) |
| | ) Case No. 2:09-cv-01516-LRH-PAL |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER FOR** |
| vs. | ) **EXTENSION OF TIME TO RESPOND** |
| | ) **TO PLAINTIFF'S FIRST AMENDED** |
| REPUBLIC SILVER STATE | ) **COMPLAINT AND PETITION TO** |
| DISPOSAL, INC.; | ) **COMPEL ARBITRATION** |
| REPUBLIC DUMPCO, INC., | ) |
| | ) **(First Request)** |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiff Teamsters Local 631 and Defendants Republic Silver State Disposal, Inc. and Republic Dumpco, Inc., that said Defendants will have an extension of time up to and including January 8, 2010 to answer or otherwise respond to Plaintiff's First Amended Complaint and Petition to Compel Arbitration.

Defendants request this extension of time due to press of business, which is exacerbated by the holiday season. Further, Defendants base their request on the fact that the original Complaint named only Republic Services, Inc. as a Defendant. The

**FISHER & PHILLIPS LLP**
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

First Amended Complaint and Petition to Compel Arbitration names Republic Silver State Disposal, Inc. and Republic Dumpco, Inc. as entirely new Defendants.

This is the first request for an extension regarding Plaintiff's First Amended Complaint and Petition to Compel Arbitration.

| | |
|---|---|
| MCCRACKEN, STEMERMAN & HOLSBERRY | FISHER & PHILLIPS LLP |
| /s/Andrew J. Kahn<br>Andrew J. Kahn, Esq.<br>1630 S. Commerce Street, Suite A-1<br>Las Vegas, NV  89102<br>Attorney for Plaintiff | /s/ Dustin L. Clark<br>Mark J. Ricciardi, Esq.<br>Dustin L. Clark, Esq.<br>3800 Howard Hughes Pkwy, Suite 950<br>Las Vegas, Nevada  89169<br>Attorneys for Defendants |

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED:  December 15, 2009

LasVegas 82632.1

**FISHER & PHILLIPS LLP**
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada  89169