UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TEAMSTERS LOCAL 631,<br><br>Plaintiff,<br>v.<br><br>REPUBLIC SILVER STATE DISPOSAL, INC.; REPUBLIC DUMPCO, INC.<br><br>Defendants. | Case No.: 2:09-01516-LRH-PAL<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR FOR SUMMARY JUDGMENT AND ORDER** |

On January 8, 2010, the Defendants filed their Motion to Dismiss or for Summary Judgment. Plaintiff's response in opposition to said Motion is currently due on January 25, 2010. Owing to previously scheduled deadlines, the undersigned counsel for Plaintiff has requested an additional eight (8) days until February 2, 2010 in which to file the response and Defendants' counsel have agreed to that request. Therefore, the parties by and through their undersigned counsel, agree that Plaintiff's opposition papers, currently due January 25, 2010,

///

will be timely filed if filed on February 2, 2010.  They respectfully request that it be so ordered.

Dated: January 15, 2010

Mark J. Ricciardi
Dustin L. Clark
FISHER & PHILLIPS
3800 Howard Hughes Parkway, Suite 950
Las Vegas, NV 89169
Tel:   702-252-3131
Fax:  702-252-7411

*Attorneys for Defendants*

Dated: January 15, 2010

Eric B. Myers
McCRACKEN, STEMERMAN & HOLSBERRY
1630 S. Commerce Street, Suite A-1
Las Vegas, NV 89102
Tel:   702-386-5107
Fax:  702-386-5132

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

**Date:**   January 19, 2010

_____
**UNITED STATES DISTRICT JUDGE**