**FISHER & PHILLIPS LLP**
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TEAMSTERS LOCAL 631, | ) |
| Plaintiff, | ) Case No. 2:09-cv-01516-LRH-PAL |
| vs. | ) **STIPULATION AND ORDER FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR FOR SUMMARY JUDGMENT** |
| REPUBLIC SILVER STATE DISPOSAL, INC.; REPUBLIC DUMPCO, INC., | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiff Teamsters Local 631 and Defendants Republic Silver State Disposal, Inc. and Republic Dumpco, Inc., that said Defendants will have an extension of time up to and including February 22, 2010, to Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss or for Summary Judgment.

This is the first request by Defendants for an extension regarding Defendants' Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss or for Summary

LasVegas 83292.1

- 1 -

1  Judgment.

2  DAVIS COWELL & BOWE                    FISHER & PHILLIPS LLP

3

4  /s/Eric B. Myers_____       /s/ Mark J. Ricciardi_____
   Eric B. Myers, Esq.                    Mark J. Ricciardi, Esq.
5  595 Market Street, Suite 1400          Dustin L. Clark, Esq.
   San Francisco, CA 94105                3800 Howard Hughes Pkwy, Suite 950
6  Attorneys for Plaintiff                Las Vegas, Nevada  89169
                                          Attorneys for Defendants
7

8

9

10                                        IT IS SO ORDERED.

11

12                                        [signature]

13
                                          _____
14                                        LARRY R. HICKS
                                          UNITED STATES DISTRICT JUDGE
15
                                          DATED:  February 16, 2010.
16

17

18

19

20

21

22

23

24

25

26

27

28

LasVegas 83292.1                          - 2 -