**FISHER & PHILLIPS LLP**
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TEAMSTERS LOCAL 631, | Case No. 2:09-cv-01516-LRH-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S MOTION TO COMPEL ARBITRATION** |
| REPUBLIC SILVER STATE DISPOSAL, INC.; REPUBLIC DUMPCO, INC., | |
| Defendants. | **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiff Teamsters Local 631 and Defendants Republic Silver State Disposal, Inc. and Republic Dumpco, Inc., that said Defendants will have an extension of time up to and including March 19, 2010, to file their Opposition to Plaintiff's Motion to Compel Arbitration. Plaintiff's Motion to Compel Arbitration was filed on February 26, 2010.

/ / /

/ / /

/ / /

LasVegas 83675.1

- 1 -

1   This is the first request by Defendants for an extension regarding the filing of
2   Defendants' Opposition to Plaintiff's Motion to Compel Arbitration.

DAVIS COWELL & BOWE                         FISHER & PHILLIPS LLP

 /s/ Eric B. Myers                           /s/ Dustin L. Clark
Eric B. Myers, Esq.                         Mark J. Ricciardi, Esq.
595 Market Street, Suite 1400               Dustin L. Clark, Esq.
San Francisco, CA 94105                     3800 Howard Hughes Pkwy, Suite 950
Attorneys for Plaintiff                     Las Vegas, Nevada  89169
                                            Attorneys for Defendants


IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED:  March 15, 2010

LasVegas 83675.1

- 2 -